# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 139 WAL 2020

         Respondent    :

                         :   Petition for Allowance of Appeal
                         :   from the Order of the Superior Court

         v.    :

KENNETH PHILLIP JACKSON,    :

         Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.